Affirmed and Memorandum Opinion filed October 9, 2003









Affirmed and Memorandum Opinion filed October 9, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00634-CR

____________

 

JAMES LEE MAJOR, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause No. 946,508

 



 

M E M O R A N D U M  O P I N I O N

After a jury trial, appellant was convicted of the offense of
aggravated robbery.  On May 22, 2003, the
court sentenced appellant to confinement for ninety-nine years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a timely notice of appeal.








Appellant's appointed counsel filed a brief in which he
concludes that the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396
(1967), presenting a professional evaluation of the record demonstrating why
there are no arguable grounds to be advanced. 
See High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine
the appellate record and no motion to review the record or pro se response has
been filed. 

We agree the appeal is wholly frivolous and without
merit.  Further, we find no reversible
error in the record.  

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 9, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.

Do Not Publish C Tex. R.
App. P. 47.2(b).